# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| D.M., a Minor, by TINA, SOTTOSANTI-MACK, Guardian, Petitioner, | : <br> :   CIVIL ACTION <br> : <br> : |
| v. | : <br> :   NO. 17-1553 |
| EASTON AREA SCHOOL DISTRICT And E.J. a Minor, Defendants. | : <br> : <br> : |

# **O R D E R**

**AND NOW,** this 21st day of December, 2017, upon consideration of the defendant, Easton Area School District's motion to dismiss (Doc. No. 3), and the plaintiffs' response in opposition (Doc. No. 4), **IT IS HEREBY ORDERED** that the motion is **GRANTED** in its entirety with prejudice.

                                                    BY THE COURT:

                                                 */s/ Lawrence F. Stengel*
                                                 LAWRENCE F. STENGEL, C.J.